AMERICAN BREDDO CORPORATION et al., Respondents, *v.* BENJAMIN GELLER et al., Appellants.

Submitted July 19, 1944; decided July 19, 1944.

*Henry Epstein, Mack F. Goldman* and *Samuel Mezansky* for motion.

*Jacob Lippman* opposed.

Motion for leave to appeal and for a stay dismissed, with ten dollars costs and necessary printing disbursements, on the ground that the judgment does not finally determine the action within the meaning of the Constitution.